# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Rand Corporation,

       Plaintiff,

  v.                                     **ORDER**
                                         Civil No. 07-510 ADM/JSM

Yer Song Moua, Manisy Moua,
et. al.,

       Defendants.

---

Eric D. Cook, Esq., Wilford & Geske, P.A., Woodbury, MN, on behalf of Plaintiff.

John M. Tancabel, Esq., John M. Tancabel Law Office, St. Paul, MN, on behalf of Defendants.

---

      On February 23, 2007, oral argument before the undersigned United States District Judge was heard on Defendants Yer Song Moua and Manisy Moua's Motion for a Temporary Restraining Order [Docket No. 10]. For the reasons stated at oral argument, Defendants' Motion is **GRANTED** until such time as this case can be resolved on its merits. Defendants are required to post a bond with this Court in the amount of $3,000 no later than Friday, March 2, 2007. The Court will hear a motion for summary judgment on this case as soon as is practicable. The parties should notify the Court with their stipulated, expedited briefing schedule. After the motion is fully briefed, the Court will immediately schedule the matter for oral argument.

                                                          BY THE COURT:


                                                            s/Ann D. Montgomery
                                                       ANN D. MONTGOMERY
                                                       U.S. DISTRICT JUDGE

Dated: February 23, 2007.