# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 07-510
**Case Title:**  Rand Corporation v. Yer Song Moua, et al.

### Affidavit of Movant

I, John M. Tancabel, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Nina F. Simon, an attorney admitted to practice and currently in good standing in the U.S. District Court for (please identify *one* specific district to which the attorney is admitted) the District of Columbia, but not admitted to the bar of this court, who will be counsel for the defendants, Yer Song and Manisy Moua, in the case listed above.  I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

√ I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

   I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

   Signature: *John M. Tancabel* Date: May 20, 2009

   MN Attorney License #: 108273

### Affidavit of Proposed Admittee

I, Nina F. Simon, am currently a member in good standing of the U.S. District Court for the (please identify *one* specific district to which you are admitted) District of Columbia, but am not admitted to the bar of this court.  I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d).  I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed. R. Civ. P. 77 by electronic means and I understand that

electronic notice will be in lieu of service by mail unless the Court learns that a failure has
occurred in which case service will be effected by mail within 24 hours.

Signature: _____          Date: May 20, 2009

Typed Name: <u>Nina F. Simon</u>

Attorney License Number: <u>256396</u>  issued by the State of <u>D.C.</u>  (initials)

Law Firm Name:   <u>Center for Responsible Lending</u>

Law Firm Address: <u>910 17th St., N.W., Suite 500</u>

<div style="margin-left:2em;"><u>Washington, D.C. 20006-2610</u></div>

Main phone:        <u>(202) 349-1850</u>

Direct line:         <u>(202) 349-1879</u>

E-mail address:     <u>nina.simon@responsiblelending.org</u>

Note: This motion shall be converted to PDF and e-filed in CM/ECF - do not e-file instruction
page.  A check in the amount of the Pro Hac Vice admission fee of $100 shall be mailed or
delivered to the Admissions Clerk or a Credit Card Authorization form shall be faxed to the
Admissions Clerk before the proposed admittee will be included in the roll of admitted attorneys
and receive notices generated in the above-entitled action.

For questions, please contact the Attorney Admissions Clerk at (651) 848-1122.