UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RAND CORPORATION,   CIVIL NO. 07-510 (ADM/JSM)

    Plaintiff,

v.   <u>ORDER</u>

YER SONG MOUA, et al.,

    Defendants.

PLEASE TAKE NOTICE that a status conference will be held before the undersigned on November 23, 2009 at 10:30 a.m. in Courtroom 6B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota. Only counsel need appear at this conference.

Counsel shall confer and seek consensus, to the extent possible, with respect to the items of an agenda for this conference. The parties shall then submit to the undersigned a joint agenda (or separate agenda if they cannot agree) no later than 4:00 p.m. on November 18, 2009.

Dated:   November 5, 2009

    *s/ Janie S. Mayeron*
    JANIE S. MAYERON
    United States Magistrate Judge