UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RAND CORPORATION,   CIVIL NO. 07-510 (ADM/JSM)

    Plaintiff,

v.   ORDER

YER SONG MOUA, et al.,

    Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 26, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. Defendants' Motion to Enter Partial Final Judgment [Docket No. 69] is GRANTED.

2. Pursuant to the Eighth Circuit's mandate, plaintiff is ordered to pay defendants attorney's fees in the amount of $121,142.50 and costs in the amount of $933.12.

Dated: November 19, 2009

                                      s/Ann D. Montgomery

                                      _____
                                      ANN D. MONTGOMERY
                                      United States District Court Judge