UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| RAND CORPORATION, | Civil No. 07-CV-510 (PJS/JSM) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| YER SONG MOUA, et al., | |
| Defendants. | |

---

Based upon the Stipulation of Dismissal With Prejudice filed by the parties on March 18, 2010 [Civil Docket No. 108],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

IT IS FURTHER ORDERED that the partial judgment entered on November 20, 2009 [Docket No. 100] in favor of the defendants for their appellate attorney's fees and costs remains in full force and effect.

Dated: March 18, 2010                          s/Patrick J. Schiltz
                                               Patrick J. Schiltz
                                               United States District Judge